IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JUL 25 2017
Clerk, U S District Court
District Of Montana
Missoula

| AESTHETIC MEDICINE SOUTHWEST MONTANA, 2006 Stadium Drive, Suite 101, Bozeman, Montana | MJ-17-26-M-JCL<br><br>ORDER |
|---|---|

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of July, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge